| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: <br> **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
1 MOSAIC HEALTH INC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
8 2 – 5 5 0 6 2 0 4

**4. Debtor's address**

**Principal place of business**

**900 Ranch Road 620 South**  
Number    Street  
**Suite C-101-169**

**Lakeway**           **TX**   **78734**  
City                State  ZIP Code

**Travis**  
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City                State  ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                State  ZIP Code

**5. Debtor's website (URL)**  

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **1 MOSAIC HEALTH INC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
              MM / DD / YYYY
         District _____ When _____ Case number _____
              MM / DD / YYYY
         District _____ When _____ Case number _____
              MM / DD / YYYY

Debtor **1 MOSAIC HEALTH INC** _____  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes. Debtor **OliveDale, Inc.**  Relationship **Affiliate**
District **Western District of Texas**  When **05/11/2018**
Case number, if known **18-10594**  MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Debtor _____  Relationship _____
District _____  When _____
Case number, if known _____  MM / DD / YYYY

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number  Street
_____
_____  _____  _____
City  State  ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **1 MOSAIC HEALTH INC** _____   Case number (if known) _____

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**
- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/11/2018**
MM / DD / YYYY

X **/s/ Nancy Henry**             **Nancy Henry**
Signature of authorized representative of debtor    Printed name

Title **Sole Director**

**18. Signature of attorney**

X **/s/ B. Weldon Ponder, Jr.**       Date **05/11/2018**
Signature of attorney for debtor        MM / DD / YYYY

**B. Weldon Ponder, Jr.**
Printed name
**B. Weldon Ponder, Jr., Attorney at Law**
Firm name
**4408 Spicewood Springs Road**
Number    Street

**Austin**           **TX**   **78759**
City           State   ZIP Code

**(512) 342-8222**        **welpon@austin.rr.com**
Contact phone        Email address
**16110400**
Bar number         State

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: 1 MOSAIC HEALTH INC           CASE NO

                                     CHAPTER   7

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/11/2018                      Signature  /s/ Nancy Henry
                                                *Nancy Henry*
                                                *Sole Director*

Date                                 Signature

Beck Redden LLP
Attn: Karson Thompson
515 Congress Ave Ste 1900
Austin TX 78701


City of Austin - Austin Energy
Customer Care Contact Center
721 Barton Springs Rd
Austin TX 78704-1194


Fritz, Byrne, Head & Gilstrap, PLLC
Attention: Lessie C. Gilstrap
221 W 6th St Ste 960
Austin TX 78701


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


OliveDale, Inc.
900 Ranch Road 620 South
Suite C-101-169
Lakeway TX 78734


Sutherland Global Services, Inc.
Attention: Legal Department
1160 Pittsford Victor Rd
Pittsford NY 14534


Sutherland Healthcare Solutions, Inc.
Attention: Corporate Counsel
2 Brighton Rd Ste 300
Clifton NJ 07012


Time Warner Cable Inc.
60 Columbus Circle
New York NY 10023



Travis County Tax Assessor/Collector
5501 Airport Blvd
Austin TX 78751-1410

Travis County Tax Office
PO Box 149328
Austin TX 78714-9328


Woods, Oviatt, Gilman, LLP
Attn: Warren Rosenbaum, Brian Capitu
700 Crossroads Building
2 State St
Rochester NY 14614